# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Shawna Lynn Lopez,** | : |
| **Plaintiff** | : CIVIL ACTION NO. 3:15-0724 |
| **v.** | : (MANNION, D.J.) |
| | (COHN, M.J.) |
| **CAROLYN W. COLVIN,** | : |
| **Commissioner of Social Security,** | |
| | : |
| **Defendant** | |
| | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report and recommendation of Judge Gerald B. Cohn, (Doc. 20), issued in the above-captioned matter, is **ADOPTED** as noted in the court's accompanying Memorandum;

(2) the decision of the Commissioner of Social Security denying the plaintiff's claims for supplemental security income under Title XVI is **VACATED** and the matter is **REMANDED** for further proceedings in accordance with the report of Judge Cohn as modified by the court's accompanying Memorandum; and

(3) the Clerk of Court is directed to mark this action **CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 22, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0724-01-order.wpd